

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST | § | No. 08-16-00147-CV |
| | § | |
| OF A.L.P. AND G.J.P., | § | Appeal from the |
| | § | |
| CHILDREN. | § | 78th District Court |
| | § | of Wichita County, Texas |
| | § | (TC# 184,275-B) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF AUGUST, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.